UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                        )
ANDREW GROSS, III,                      )
                                        )
              Plaintiff,                )
                                        )
       v.                               )       Civil Action No. 10-0194 (PLF)
                                        )
ERIC HOLDER, JR., *et al.*,             )
                                        )
              Defendants.               )
_____)

DISMISSAL ORDER

       For the reasons stated in the accompanying Memorandum Opinion, it is hereby

       ORDERED that the stay is LIFTED; it is

       FURTHER ORDERED that plaintiff's motion for summary judgment [Dkt. #14]

and motions to amend [Dkt. #19, 22] are DENIED; it is

       FURTHER ORDERED that this civil action is DISMISSED WITHOUT

PREJUDICE for plaintiff's failure to pay the filing fee.

       This is a final appealable Order. *See* Fed. R. App. P. 4(a).

       SO ORDERED.

                                        /s/_____
                                        PAUL L. FRIEDMAN
DATE:  July 16, 2010                    United States District Judge